# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burkhardt, Jill L. | United States District Court, Southern District of Californi | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 5140
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Board Member | Association of Business Trial Lawyers |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Artful Chefs, independant contractor salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | 10/04/2016 to 10/10/2016 | Maui, HI | ABTL Annual Meeting | Transportation, lodging, food, conference fees |
| 2. | Association of Business Trial Lawyers | 04/01/2016 to 04/03/2016 | Carmel, CA | ABTL Joint Board Retreat | Transportation, lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 (H) | | | | | | | | | |
| 2. - Rental Property, San Diego, CA | D | Rent | N | W | | | | | |
| 3. Cabrillo Federal Credit Union account | A | Interest | M | T | | | | | |
| 4. Charles Scwab checking account | | None | J | T | | | | | |
| 5. Coastal Life Wealth - Roth #1 (H) | | | | | | | | | |
| 6. - Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 7. - iShares S&P 500 Index (IVV) (mutual fund) | A | Dividend | K | T | | | | | |
| 8. Coastal Life Wealth - Roth #2 (H) | | | | | | | | | |
| 9. - Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 10. -F (common stock) | A | Dividend | J | T | | | | | |
| 11. -MGM (common stock) | A | Dividend | J | T | | | | | |
| 12. -TGT (common stock) | A | Dividend | J | T | | | | | |
| 13. -AAL (common stock) | A | Dividend | J | T | | | | | |
| 14. Coastal Life Wealth - IRA #1 (H) | | | | | | | | | |
| 15. -Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 16. -BA (common stock) | A | Dividend | J | T | | | | | |
| 17. -CSCO (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -CVX (common stock) | A | Dividend | K | T | | | | | |
| 19.  -ITC (common stock) | A | Dividend | | | Sold | 10/17/16 | J | A | |
| 20.  -JCI (common stock) ("Y") | | | | | | | | | |
| 21.  -KMI (common stock) | A | Dividend | J | T | | | | | |
| 22.  -QCOM (common stock) | A | Dividend | J | T | | | | | |
| 23.  -T (common stock) | A | Dividend | J | T | | | | | |
| 24.  -TGT (common stock) | A | Dividend | K | T | | | | | |
| 25.  -Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 26.  -Industrial Property Trust (private investment) | A | Dividend | K | T | Buy | 12/15/16 | K | | |
| 27.  -FTS (common stock) | A | Dividend | | | Buy | 10/17/16 | J | | |
| 28. | A | Dividend | | | Sold | 12/08/16 | J | A | |
| 29.  Coastal Life Wealth - IRA #2 (H) | | | | | | | | | |
| 30.  -Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 31.  -BRKB (common stock) | A | Dividend | L | T | | | | | |
| 32.  -NVS (common stock) | A | Dividend | K | T | | | | | |
| 33.  -UPS (common stock) | A | Dividend | J | T | | | | | |
| 34.  -Ivy Asset Strategy - WASCX (mutual fund) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Equity Income - OINCX (mutual fund) | B | Dividend | M | T | | | | | |
| 36. MFS International Diversification - MDIGX (mutual fund) | A | Dividend | L | T | | | | | |
| 37. Other #1 (H) | | | | | | | | | |
| 38. -Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 39. -Fidelity Advisor Strategic Income A (FSTAX) (mutual fund) | A | Dividend | K | T | | | | | |
| 40. -Invesco Intermediate Term Municipal Income (VKLMX) (mutual fund) | A | Dividend | K | T | | | | | |
| 41. -iShares Select Dividend ETF (DVY) (mutual fund) | A | Dividend | K | T | | | | | |
| 42. Other #2 (H) | | | | | | | | | |
| 43. - Coastal LIfe Wealth QPRMQ | A | Interest | J | T | | | | | |
| 44. -WDC (common stock) | A | Dividend | J | T | | | | | |
| 45. -Chula Vista bond | A | Interest | K | T | | | | | |
| 46. -Franklin Cal Interm - FCCIX (mutual fund) | B | Dividend | L | T | | | | | |
| 47. Coastal Life Wealth IRA #5 (H) | | | | | | | | | |
| 48. -Coastl Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 49. -Ishares Select Dividend ETF (DVY) (mutual fund) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 20 - JCI was no longer an asset in my portfolio in 2016.  I indavertently failed to report its disposition (sale) on 08/10/15 in my 2015 report.

Section VII, line 26 - The Industrial Property Trust is a private investment; it doesn't trade on a stock exchange. It does not have a symbol, but it has a cusip number of 4562A207

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill L. Burkhardt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544